UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NANCY HUTT, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01292-HSG<br><br>**ORDER TERMINATING PLAINTIFF'S MOTION TO STAY AS MOOT**<br><br>Re: Dkt. No. 11 |

　　　Pending before the Court is pro se Plaintiff David Shu's motion to stay the proceedings and continue the case management conference scheduled on May 20, 2021 to July 20, 2021. Dkt. No. 11. Plaintiff's motion is **TERMINATED AS MOOT**.

　　　**IT IS SO ORDERED.**

Dated: 11/4/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge